# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rachelle Caplin Hicks | **Case No :** <br> **Date :** <br> **Time :** | 13–33765 – B – 13J <br> 11/19/13 <br> 09:32 |
| **Matter :** | [16] – Motion/Application to Extend Automatic Stay [SJS–1] Filed by Debtor Rachelle Caplin Hicks (smis) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Thomas Holman <br> Sheryl Arnold <br> Diamond Reporters <br> B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney – Scott Johnson
**Respondent(s) :**
          Trustee – Jan P. Johnson

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied.

Dated: November 25, 2013

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge